

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00492-CV

**IN THE INTEREST OF K.B.F.,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02954
Honorable Richard Garcia, Judge Presiding

## O R D E R

The motion for extension of time to file appellant's brief is **granted**. We **order** appellant's brief due **September 22, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court